IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 21-0170

IN THE MATTER OF

R.J.H. and K.H.,

    Youths in Need of Care

**ORDER**

    Upon consideration of Appellant Father, L.H.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 21-0170 and 21-0171 are hereby consolidated under Cause No. DA 21-0170 and henceforth captioned In the Matter of R.J.H. and K.H, Youths in Need of Care.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
June 28 2021